THE STATE EX REL. ROSE, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE, ET AL; GENERAL MOTORS CORPORATION, APPELLANT.

[Cite as *State ex rel. Rose v. Indus. Comm.*, 117 Ohio St.3d 540, 2008-Ohio-1732.]

(No. 2007–1015—Submitted March 25, 2008—Decided April 16, 2008.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, and CUPP, JJ., concur.

O'DONNELL and LANZINGER, JJ., dissent.

Philip J. Fulton Law Office, Philip J. Fulton, and William A. Thorman III, for appellee Delmer Rose.

Vorys, Sater, Seymour & Pease, L.L.P., Joseph A. Brunetto, and Colleen M. Garrity, for appellant.